# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2518 JEM | Date | December 12, 2013 |
|---|---|---|---|
| Title | NIPPONKOA INSURANCE CO., LTD v. ABSA AEROLINHAS BRASILEIRAS S.A. INC, et al. | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**    **(In Chambers) ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (Docket No. 24)**

The Court is in receipt of the parties' Joint Stipulation for Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed December 10, 2013. Pursuant to Rule 41(a)(1)(A)(ii), a plaintiff "may dismiss an action without a court order by filing . . . [¶] a stipulation of dismissal by all parties who have appeared." Accordingly, by the filing of the Stipulation, this action is dismissed with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (Dismissal of an action pursuant to Rule 41(a)(1) is effective on filing and no court order is required.).

_____ : _____

Initials of Preparer                    sa